# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1694
_____

RONES SAGESSE,

Appellant,

v.

THE FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jennifer J. Frydrychowicz, Judge.

November 15, 2024

PER CURIAM.

DISMISSED.

KELSEY, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rones Sagesse, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellees.